[No. 70814-7-I.   Division One.   March 9, 2015.]

JUDITH ANDERSON, *Respondent*, v. RICHARD ANDERSON ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-03928-5, Janice E. Ellis, J., entered July 26, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Leach, JJ.

[No. 70927-5-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ERVIN ALEXANDER COX, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-02434-5, Joseph P. Wilson, J., entered September 4, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 70936-4-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLA ANNA FORD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-02540-6, Richard T. Okrent, J., entered September 18, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Lau, JJ.

[No. 71106-7-I.   Division One.   March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE ALFRED PALMER II, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-00525-5, David A. Kurtz, J., entered October 9, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Lau, JJ.